AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

JASON M. JONES,

     Plaintiff,            JUDGMENT IN A CIVIL CASE
V.

                    CASE NUMBER:  **3:11-CV-00047-LRH-RAM**

DOROTHY NASH HOLMES, et al.,

     Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that plaintiff's complaint is **DISMISSED** with prejudice for failure to state a claim for which relief may be granted.

  April 7, 2011                               **LANCE S. WILSON**
                                                      Clerk


                                                  /s/ D. R. Morgan
                                                    Deputy Clerk