# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JASON M. JONES,<br>#70541 | ) | |
| Plaintiff, | ) | 3:11-cv-00047-LRH-RAM |
| vs. | ) | |
| DOROTHY NASH HOLMES, *et al.*, | ) | **ORDER** |
| Defendants. | ) | |

This is a prisoner action brought pursuant to 42 U.S.C. § 1983. On April 6, 2011, this court dismissed this action for failure to state a claim for which relief may be granted (docket #3), and judgment was entered on April 7, 2011 (docket #7). Plaintiff filed a notice of appeal on June 22, 2011 (docket #8).

On June 24, 2011, the Ninth Circuit Court of Appeals referred this matter to this court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal or whether the appeal is frivolous or taken in bad faith (*see* USCA No.: 11-16556). This court has determined that an *in forma pauperis* appeal from its Order would not be frivolous or taken in bad faith. 28 U.S.C. § 1915(a)(3).

**IT IS THEREFORE ORDERED** that any *in forma pauperis* appeal from its Order dated April 6, 2011 would not be frivolous or taken in bad faith. 28 U.S.C. § 1915(a)(3).

DATED this 30th day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE