FILED

**NOT FOR PUBLICATION**

JUL 12 2012

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JASON M. JONES,<br><br>                Plaintiff - Appellant,<br><br>  v.<br><br>DOROTHY NASH HOLMES, Prosecutor; et al.,<br><br>                Defendants - Appellees. | No. 11-16556<br><br>D.C. No. 3:11-cv-00047-LRH-RAM<br><br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Nevada
Larry R. Hicks, District Judge, Presiding

Submitted June 26, 2012**

Before:    SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

Nevada state prisoner Jason M. Jones appeals pro se from the district court's

judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to

Jones's safety and health.  We have jurisdiction under 28 U.S.C. § 1291.  We

---

     *     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

     **     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

review de novo the district court's dismissal for failure to state a claim under 28 U.S.C. § 1915A.  *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000).  We vacate and remand.

The district court prematurely dismissed Jones's action as time-barred.  It is not clear at this stage in proceedings whether the statute of limitations was tolled while Jones filed any administrative grievances.  *See Brown v. Valoff*, 422 F.3d 926, 943 (9th Cir. 2005) ("the applicable statute of limitations must be tolled while a prisoner completes the mandatory exhaustion process").  Nor is it clear what date Jones filed this action.  *See Douglas v. Noelle*, 567 F.3d 1103, 1104 (2009) (the mailbox rule of *Houston v. Lack*, 487 U.S. 266 (1988), applies to a pro se prisoner's § 1983 complaint).

**VACATED and REMANDED.**