JASON M. JONES
  PLAINTIFF,

vs.

DOROTHY NASH HELMES, et al.
  DEFENDANTS.



4/22/2013

In The United States District Court
DISTRICT OF NEVADA

CASE No: 3:11-CV-00047-LRH-WGC

MOTION TO STOP RETALIATORY ACTION
AGAINST ME, BY NDOC.
Reconsideration for appointment of counsel.

Sir/Ma'am,

I'm writing to request some sort of action by the court. I've asked for a court appointed attorney per the Sixth Amendment, but have been denied. "Because they said only under extraordinary circumstances." Well Sir, I feel that I'm under these circumstances, and I'll explain why.

1. I came back to prison on a violation for getting married Jan 16th, 2013 @ which time, I was held @ C.C.D.C.

2. Before I left H.D.S.P. I left a forwarding address, which H.D.S.P. never abided by, and still don't.

3. I got back to H.D.S.P. 3/6/13 and seen the revacation hearing on 3/12/13 @ which time, I was Re-Instated efficitivly. R.U.A.P.P While being in the fish tank. The following correctional staff member continued to place my life in danger, by doing the following things

   A) Attempting to get me to police the tier.

   B) Once refused that, C/o Jason Henry, C/o Ballard, S/o Herras, Sgt Pannaro which is already in my law-suit, Sgt. Owens, Lt. Brown, Lt. Ervin and Lt. Potter. Stated the following. Spreading false propaganda on the unit tier. "Stating if you get a write-up, it's because of Mr Jones filing a Grievance against me." Which I'm suppose to do, per PLRA"

pg 2.

AND THEIR SUPPOSE TO BE "LEGAL DOCUMENTS."

C). C/O Jason Henry THEN wrote me up for making LEGAL Phone calls. And After explaining the situation to Sgt Ownes. He REFERRED it to Lt. Potter, @ which time, and I Quote" He's gonna BREAK you off.

D. Two Days Later Lt. Potter, CAME AND gave me 6months In the Hole, out of Retaliation, And didn't EVEN give me NO kind of phone Restriction, THATS How COME I Know. IT WAS out of Retaliation.

4. I've submitted emergency grievances "due" to what these C/o where doing/saying. And LT. Brown & LT. Ervin said it wasn't An Emergency. Which it clearly IS/WAS due to me having to defend myself. "I've Got the copies."

5. CCSIII mr. Russell WAS ATTEMPTING TO FORCE ME BACK ON TO THE G.P YARD, AND I HAD TO TELL HIM NO DUE to SAFTEY REASON. No to mention S/O Hoera stated oh THATS WHERE His Head Go BASHED IN AT, S.D.C.C Because MR. Russell WANTED TO SEND ME THERE, THAT Sensors NOT Suppose to know my I-File or C-File

6. THEY ARE THROWING AWAY All MY REGULAR KITES, ASKING FOR ANYTHING FAILS ON DEF EARS. RE-ENTRY OR PRE-RELEASE WON'T DO THERE JOB, THEY REFUSE TO SEND ME MY "RELIGION KOSHER DIET." As I AM JEWISH, Won't properly TREAT ME MEDICALLY WISE, As I'm STARTING TO HAVE ALOT MORE complications WITH ME HEAD, NECK AND NEW LOWER BACK. & LOWER EXTRIMITES.

7. Most of all, their not providing me as well as other inmates here, with proper legal access, the person who filed my 1983 they sseperated us, and Im not permitted to go to the law library to do proper research, and if you don't know what your doing you SOL. But their doing this, and refusing to release me, so that my time limitations run out, because I don't know what Im doing nor can I get to an attorney.

Will you re-consider appointing counsel and or help me some kind of way. So that this on-going retaliation stops. Some thing please.

Respectfully Submitted.

*[signature]*

Jason Marcus Jones