UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| JASON M. JONES, ) | |
| ) | |
| Plaintiff, ) | 3:11-cv-00047-LRH-WGC |
| ) | |
| v. ) | |
| ) | O R D E R |
| DOROTHY NASH HOLMES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#50[1]) entered on October 16, 2013, recommending dismissing Plaintiff's complaint with prejudice. Plaintiff filed his Objection to Report and Recommendation (#51) on October 30, 2013. No response was filed by Defendants.

Also before the Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#55) entered on November 12, 2013, recommending denying Plaintiff's motions for temporary restraining order (#52) and injunctive relief (#54) filed on October 31, 2013, and November 8, 2013, respectively. No objections to the Report and Recommendation were filed.

Also before the Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#59) entered on November 18, 2013, recommending denying Plaintiff's motions for

---

[1]Refers to court's docket number.

temporary restraining orders (##57, 58) both filed on November 15, 2013. No objections to the Report and Recommendation were filed.

This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#50) entered on October 16, 2013, should be denied as moot.  Plaintiff Jones' change of address is now fully before the court.

The Court further determines that the Magistrate Judge's Reports and Recommendations (##55, 59) entered November 12, 2013 and November 18, 2013, respectively, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#50) entered on October 16, 2013, is DENIED as moot.

IT IS FURTHER ORDERED that the Magistrate Judge's Reports and Recommendations (##55, 59) entered November 12, 2013 and November 18, 2013, respectively, are adopted and accepted, and Plaintiff's motion for temporary restraining order (#52), motion for injunctive relief (#54) and motions for temporary restraining orders (##57, 58) are DENIED.

IT IS SO ORDERED.

DATED this 18th day of June, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2