UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| JASON M. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-00047-LRH-WGC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| DOROTHY NASH HOLMES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#81[1]) entered on June 6, 2014, recommending denying Plaintiff's Motion to Remand Back to CCDC (# 61) filed on November 21, 2013; Motion for Restraining Orders Against Defendants at HDSP (#62) filed on November 21, 2013; Motion for Remand Due to Safety Concerns (#63) filed on November 22, 2013; Motion for Preliminary Injunction (#68) filed on January 10, 2014; and Motion for Temporary Restraining Order (#69) filed on January 10, 2014.  Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#87) on June 30, 2014, and Defendants filed their Response to Plaintiff's Objection to the Report and Recommendation of the Magistrate (#90) on July 11, 2014.  This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Local Rules of Practice of the United States District Court for the District of Nevada.

---

[1]Refers to court's docket number.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the response of Defendants, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#81) entered on June 6, 2014, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#81) entered on June 6, 2014, is adopted and accepted, and Plaintiff's various motions requesting injunctive relief (##61, 62, 63, 68 and 69) are DENIED.

IT IS SO ORDERED.

DATED this 6th day of August, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE