UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JASON M. JONES, | ) | 3:11-cv-00047-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | October 31, 2014 |
| DOROTHY NASH HOLMES et al., | ) | |
| | ) | |
| Defendant(s) | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is Plaintiff's Motion to Add Witness For my Case. (Doc. # 93.) Defendants have filed a limited opposition stating they do not oppose Plaintiff's request to add the name of a correctional officer to Plaintiff's list of witnesses, but that Defendants do not consent to compelling Officer Sanchez to testify or add him as a party defendant. (Doc. # 94.)

   Plaintiff's motion (Doc. # 93) is **GRANTED** to the extent Correctional Officer Sanchez is disclosed as a witness in this matter.

   **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
    Deputy Clerk