UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JASON M. JONES, | ) | 3:11-cv-00047-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | May 18, 2015 |
| DOROTHY NASH HOLMES et al., | ) | |
| | ) | |
| Defendant(s) | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion to Find Out if I'm Permitted to Still Due (sic) Interrogatories." (Doc. # 113.) Plaintiff states that due to his lack of legal knowledge his discovery time was barred and therefore seeks a reinstatement of discovery. In the alternative, he requests the court provide him counsel.

The deadline for completion of discovery (June 18, 2013) has long passed. (Doc. # 32, Scheduling Order.) Thus, the answer to Plaintiff's inquiry, submitted in the form of a motion, is no, and that aspect of Plaintiff's motion (Doc. #113) is **DENIED.**

Plaintiff's motion also contains a cursory request to appoint counsel for Plaintiff "so that they may do [the discovery]." This request constitutes Plaintiff's sixth (or possibly seventh) request for appointment of counsel. To the extent Plaintiff's motion (Doc. # 113) constitutes a motion to appoint counsel, it is **DENIED** for the reasons set forth in this court's order (Doc. # 114) denying Plaintiff's sixth motion for appointment of counsel.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk