UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JASON M. JONES,<br><br>        Plaintiff,<br><br> v.<br><br>DOROTHY NASH HOLMES, *et al.*,<br><br>        Defendants. | 3:11-cv-00047-LRH-(WGC)<br><br>ORDER |

The Court has considered the Report and Recommendation of United States Magistrate Judge William G. Cobb (#119) entered on May 26, 2015, in which the Magistrate Judge recommends thatPlaintiff's Motion for Proper Medications (#97), filed on November 21, 2014, be denied. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#119); therefore, Plaintiff's Motion for Proper Medications (#97) is DENIED.

IT IS SO ORDERED.

DATED this 14th day of July, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE