1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                      * * * * *

9   JASON M. JONES,                          )
                                             )
10             Plaintiff,                     )        3:11-cv-00047-LRH-WGC
                                             )
11   v.                                       )
                                             )        O R D E R
12   DOROTHY NASH HOLMES, *et al.*,           )
                                             )
13             Defendants.                    )
    _____ )

14

15        Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G.

16   Cobb (#137[1]) entered on September 3, 2015, recommending granting Defendants' Motion to Dismiss

17   (#116) filed on May 20, 2015.  No objection to the Report and Recommendation has been filed.  The

18   action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4

19   of the Rules of Practice of the United States District Court for the District of Nevada.

20        The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

21   memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B)

22   and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation

23   (#137) entered on September 3, 2015, should be adopted and accepted.

24   ///

25   _____

26        [1]Refers to court's docket number.

1       IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation

2  (#137) entered on September 3, 2015, is adopted and accepted, and Defendants' Motion to Dismiss

3  (#116) is GRANTED.

4       IT IS FURTHER ORDERED that this action is **DISMISSED with prejudice**.

5       IT IS SO ORDERED.

6       DATED this 17th day of December, 2015.

7                                                   _____

8                                                   LARRY R. HICKS
                                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
                                                   2